IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                       Case No. 19-03471-RNO
                                                       Chapter 7

CHRISTINA A. VALAROSE

CLIFTON C. VALAROSE

Debtor(s).

## NOTICE OF APPEARANCE

**Select Portfolio Servicing, Inc.**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Christopher M. McMonagle, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

                                   By:       _/s/ Christopher M. McMonagle, Esquire_
                                                             Christopher M. McMonagle, Esquire,
                                                             Bar No: 316043
                                                             Stern & Eisenberg, PC
                                                            1581 Main Street, Suite 200
                                                            The Shops at Valley Square
                                                            Warrington, PA 18976
                                                            Phone: (215) 572-8111
                                                            Fax: (215) 572-5025
                                                            cmcmonagle@sterneisenberg.com
                                                            Attorney for Creditor

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 15th day of October 2019, to the following:

Vern S. Lazaroff
PO Box 1108
143 Pike Street
Port Jervis, NY 12771
pabankruptcy@vernlazaroff.com
*Attorney for Debtor(s)*


John J. Martin
Law Offices of John J Martin
1022 Court Street
Honesdale, PA 18431
jmartin@martin-law.net
*Chapter 7 Trustee*


and by standard first class mail postage prepaid to:

Christina A. Valarose
102 Hill Ter
Milford, PA 18337

Clifton C. Valarose
102 Hill Ter
Milford, PA 18337
*Debtor(s)*

Asst. U.S. Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
*U.S. Trustee*


            By:  */s/Christopher M. McMonagle, Esquire*