United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Clifton C. Valarose
Christina A. Valarose
      Debtors

Case No. 19-03471-RNO
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 1      Date Rcvd: Dec 10, 2019
                   Form ID: fnldecac      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2019.
db/jdb         #+Clifton C. Valarose,     Christina A. Valarose,     102 Hill Ter,     Milford, PA 18337-7735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2019 at the address(es) listed below:
         Christopher M. McMonagle    on behalf of Creditor    Select Portfolio Servicing, Inc.
           cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
         James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
           bkgroup@kmllawgroup.com
         John J Martin (Trustee)    pa36@ecfcbis.com,   trusteemartin@martin-law.net
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         Vern S. Lazaroff    on behalf of Debtor 2 Christina A. Valarose pabankruptcy@vernlazaroff.com,
           r39899@notify.bestcase.com
         Vern S. Lazaroff    on behalf of Debtor 1 Clifton C. Valarose pabankruptcy@vernlazaroff.com,
           r39899@notify.bestcase.com
                                                        TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Clifton C. Valarose, | Chapter | 7 |
| **Debtor 1** | | |
| Christina A. Valarose, | Case No. | 5:19–bk–03471–RNO |
| **Debtor 2** | | |

Social Security No.:

xxx–xx–5414          xxx–xx–4033

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

### John J Martin (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated:  December 9, 2019

BY THE COURT

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)